United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-20015
_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee

                    versus

JOSE VICTOR TORRES, also known as
Jose Victor Torres-Valles, also known
as Jose Victor Torres-Baez, also known
as Heriberto Ochoa-Gomez, also known
as Jose Feliciano Perez-Mesa,

                                    Defendant - Appellant.

Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. 4:05-CR-127-ALL

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    This court previously affirmed the conviction and sentence of

the Appellant, Jose Victor Torres ("Torres").  United States v.

Torres, 202 Fed. Appx. 833 (5th Cir. 2006).  The Supreme Court

vacated and remanded the case for reconsideration in the light of

Lopez v. Gonzalez, 127 S.Ct. 625 (2006).  Ochoa-Perez v. United

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>States</u>, 127 S.Ct. 1263 (2007). Following the Supreme Court's remand, we requested and received supplemental letter briefs from both parties with respect to the impact of <u>Lopez</u>.

The Government concedes, and we agree that, in the light of <u>Lopez</u>, the district court erred by enhancing Torres's sentence on the basis of his Texas convictions for possession of methamphetamine and for possession of heroin. Torres remains in custody in federal prison, with a projected release date of June 4, 2007. Accordingly, the appeal is not moot. <u>See</u> <u>United States v. Rosenbaum-Alanis</u>, No. 05-41400, 2007 WL 926832 (5th Cir. March 29, 2007).

For the foregoing reasons, we AFFIRM Torres's conviction, VACATE his sentence, and REMAND for resentencing in accordance with <u>Lopez</u>.